IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TILLMAN NORTH, #252 941    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | Civil Action No. 2:10-CV-205-ID |
| v.    ) | |
| ) | (WO) |
| WARDEN DANIELS, *et al.,*    ) | |
| ) | |
| Defendants.    ) | |

## **O R D E R**

On September 15, 2010 the Magistrate Judge entered a Recommendation (Doc. #25), to which no timely objections have been filed. After a review of the Recommendation, and an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is ORDERED

1. That the RECOMMENDATION (Doc. #25) of the Magistrate Judge be and the same is hereby ADOPTED; and

2. That this case be and the same is hereby DISMISSED without prejudice for the reasons stated in the Magistrate's Recommendation.

Done this the 8th day of October, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE